ACCEPTED
04-15-00268-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/15/2015 2:02:48 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00268-CV

| | | |
|---|---|---|
| AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.; PAUL CAMPBELL; ROD SEAFORD; and CHARLES OLIVER<br>*Appellants,*<br><br>v.<br><br>AUGUSTUS BRAY<br>*Appellee.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE FOURTH<br><br>COURT OF APPEALS<br><br><br>SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/15/2015 2:02:48 PM
KEITH E. HOTTLE
Clerk

## APPELLEE'S MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICE BARNARD:

Appellee Augustus Bray asks the Court to extend the time to file his Appellee's Brief.

### A. Introduction

1.     Appellants are Amateur Athletic Union of the United States, Inc., Paul Campbell, Rod Seaford, and Charles Oliver.  Appellee is Augustus Bray.

2.     There is no specific deadline to file this motion to extend time.  An appellee should file a motion to extend the time to file his brief before the briefing deadline, but there is no 15-day limit after the deadline for filing the motion.  Tex. R. App. P. 38.6(d).  The motion may be filed "before or after the date the brief is due." *Id.*

## B. Argument & Authorities

3.    The court may grant an extension of time under Texas Rule of Appellate Procedure 38.6(d).

4.    The deadline to file the Appellee's Brief is Wednesday, June 17, 2015.

5.    Appellee requests an additional seven days to file his Appellee's Brief, extending the time until Wednesday, June 24, 2015.

6.    No extension has been granted to extend the time to file the Appellee's Brief.

7.    Appellee needs additional time to file the Appellee's Brief because counsel for Appellee was preparing for and took two depositions in Houston, Texas during the week of June 08, is in Houston this day, the 15th day of June, and is expected to be in Houston on June 16 for a hearing. These matters relate to Cause No. 4:13-cv-00073 in the United States District Court for the Southern District of Texas, Houston Division. Because counsel for Appellee have been preoccupied with these and other matters, they have not had an adequate opportunity to sufficiently address the issues in this appeal in order to submit Appellee's Brief in accordance with the current deadline.

## C. Prayer

8.    For these reasons, Appellee respectfully asks the Court to grant an extension of time to file his Appellee's Brief until Wednesday, June 24, 2015

Respectfully submitted,

By: _____

**JERRY GALOW**
Attorney-in-charge
Texas State Bar No. 07594400
S.D.T. Admission No. 19219
**JUSTIN STUDDARD**
Admitted Pro Hac Vice
Texas State Bar No. 24077158
1204 Nueces Street
Austin, Texas 78701
(512) 481-0200
(512) 481-0250 (FAX)
jerry@galowlaw.com
justin@galowlaw.com
Paralegal: jolynn@galowlaw.com

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with Dannick Villasenor-Hernandez by telephone and email on one occasion on June 15, 2015, but counsel has not responded to my attempt.

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing document was served on the following attorneys of record via email on June 15, 2015:


DANNICK VILLASEÑOR-HERNANDEZ
Texas Bar No. 24072713
RUTH G. MALINAS
Texas Bar No. 08399350
Plunkett & Griesenbeck, Inc.
Catholic Life Building, Suite 900
1635 N.E. Loop 410
San Antonio, Texas 78209
(210) 734-7092 (telephone)
(210) 734-0379 (facsimile)
dhernandez@pg-law.com
rmalinas@pg-law.com
ATTORNEYS FOR APPELLANTS